NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-3301

MARLON W. WEBB,

Petitioner,

v.

UNITED STATES POSTAL SERVICE,

Respondent.

Morris E. Fischer, Law Office of Morris E. Fischer, of Bethesda, Maryland, argued for petitioner.

Michelle A. Windmueller, Attorney, Law Department, Office of the General Counsel, United States Postal Service, of Washington, DC, argued for respondent. With her on the brief were Lori J. Dym, Chief Counsel, and Teresa A. Gonsalves, Attorney. Of counsel was Armando Rodrigues-Feo, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC.

Appealed from: Merit Systems Protection Board

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-3301

MARLON W. WEBB,

Petitioner,

v.

UNITED STATES POSTAL SERVICE,

Respondent.

# Judgment

ON APPEAL from the        Merit Systems Protection Board

in CASE NO(S).        DA-0752-08-0043-I-1.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (MAYER, GAJARSA, and DYK, Circuit Judges).

AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED June 4, 2009        /s/ Jan Horbaly
                          Jan Horbaly, Clerk